UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 25, 2010

No. 09-2312

SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST,

Appellant

v.

DATALINK ELECTRONICS, INC; YOSSI LEV;
DAVID R. NESTE; GENERAL AMERICAN LIFE INSURANCE
COMPANY; SIMON SINGER; JEFFREY L. DAVIDSON

(E.D. Pa No. 2-09-cv-00377)

Present: SCIRICA, Chief Judge, and CHAGARES, Circuit Judges, and RODRIGUEZ*, District Judge.

Motion by Appellees for Clarification of the Opinion of the Court
of March 24, 2010.

/s/Caitlyn J. Gillie
Case Manager (267)299-4956

Response due 04/05/10

**O R D E R**

The foregoing motion by appellees for clarification of the opinion of the Court of March 24, 2010, construed by the Court as a motion to amend the Court's opinion, is granted. The Opinion of the Court filed March 24, 2010, is amended as follows:

Page 2, line 18, first sentence that reads:
"The Trust is a multiple employer welfare benefit plan trust administered in Pennsylvania to fund death benefits to employers throughout the United States."

shall read:
"The Complaint also alleges that the Trust is a multiple employer welfare benefit plan trust administered in Pennsylvania to fund death benefits to employers throughout the United States."

By the Court,

/s/ Joseph H. Rodriguez
District Judge

DATED: April 19, 2010

_____

*The Honorable Joseph H. Rodriguez, Senior United States District Judge for the District of New Jersey, sitting by designation.